### SOUTHERN RAILWAY COMPANY v. HILL.

ADAMS, J. The killing of the live stock by the train of the plaintiff in error being admitted, and the presumption being against the company, this court is not prepared to say, in the light of the entire testimony, the verdict of the jury, and its approval by the presiding judge, that this presumption was so

clearly overcome as to require a reversal of the judgment of the court be-
low overruling the motion for a new trial based on the general grounds.
*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 11,— Decided October 30, 1902.

Action for damages. Before Judge Henry. Gordon superior
court. July 22, 1902.

*Shumate & Maddox* and *Harkins & Dodd*, for plaintiff in error.
*Starr & Erwin*, contra.